SEYFARTH SHAW LLP
D. Ward Kallstrom (SBN 76937)
wkallstrom@seyfarth.com
Michelle M. Scannell (SBN 267767)
mscannell@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105-2930
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
WELLS FARGO & COMPANY, a Delaware corporation;
WELLS FARGO COMPANY SALARY CONTINUATION
PAY PLAN, an ERISA Plan

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| VINAY KARAMSETTY, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO & COMPANY, a Delaware corporation; WELLS FARGO COMPANY SALARY CONTINUATION PAY PLAN, an ERISA Plan; and DOES 1-25, inclusive, <br><br> Defendants. | Case No. 3:12-cv-01364-JCS <br><br> **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT PURSUANT TO LOCAL RULE 6-1(a)** |

Plaintiff Vinay Karamsetty, on behalf of himself and all others similarly situated ("Plaintiff") and Defendants Wells Fargo & Company and Wells Fargo Company Salary Continuation Pay Plan, hereby agree to the following:

**WHEREAS**, Plaintiff filed and served a complaint against Wells Fargo & Company and Wells Fargo Company Salary Continuation Pay Plan on March 19, 2012;

**WHEREAS**, Plaintiff has agreed to further extend the time for Wells Fargo & Company and Wells Fargo Company Salary Continuation Pay Plan to respond to the complaint up to and including May 24, 2012.

1  **IT IS HEREBY STIPULATED AND AGREED** by and among the parties, through their
2 respective counsels of record that Defendants Wells Fargo & Company and Wells Fargo Company
3 Salary Continuation Pay Plan shall have up to and including May 24, 2012 to respond to Plaintiff's
4 complaint.

6 Dated: May 7, 2012                    PATTERSON LAW GROUP

8                                       By:   /s/
                                        Allison H. Goddard
9                                       Attorneys for Plaintiff VINAY
                                        KARAMSETTY

12 Dated: May 7, 2012                   SEYFARTH SHAW LLP

14                                      By:   /s/
                                        D. Ward Kallstrom
15                                      Michelle M. Scannell
                                        Attorneys for Defendants
16                                      WELLS FARGO & COMPANY and WELLS
                                        FARGO COMPANY SALARY
17                                      CONTINUATION PAY PLAN

19 Dated: May 8, 2012

21 14423856v.1

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]*