```
 1  SEYFARTH SHAW LLP
    D. Ward Kallstrom (SBN 76937)
 2  wkallstrom@seyfarth.com
    Michelle M. Scannell (SBN 267767)
 3  mscannell@seyfarth.com
    560 Mission Street, Suite 3100
 4  San Francisco, California 94105-2930
    Telephone: (415) 397-2823
 5  Facsimile: (415) 397-8549

 6  Attorneys for Defendants
    WELLS FARGO & COMPANY, a Delaware corporation;
 7  WELLS FARGO COMPANY SALARY CONTINUATION
    PAY PLAN, an ERISA Plan
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| VINAY KARAMSETTY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY, a Delaware corporation; WELLS FARGO COMPANY SALARY CONTINUATION PAY PLAN, an ERISA Plan; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 3:12-cv-01364-JCS<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT PURSUANT TO LOCAL RULE 6-1(a)** |

Plaintiff Vinay Karamsetty, on behalf of himself and all others similarly situated ("Plaintiff") and Defendants Wells Fargo & Company and Wells Fargo Company Salary Continuation Pay Plan, hereby agree to the following:

**WHEREAS,** Plaintiff filed and served a complaint against Wells Fargo & Company and Wells Fargo Company Salary Continuation Pay Plan on March 19, 2012;

**WHEREAS,** Plaintiff previously agreed to further extend the time for Wells Fargo & Company and Wells Fargo Company Salary Continuation Pay Plan to respond to the complaint up to and including May 24, 2012;

Case No. 3:12-cv-01364-JCS
STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

WHEREAS, lead trial counsel for Wells Fargo & Company and Wells Fargo Company Salary Continuation Pay Plan has been unavailable for the past several days due to an unexpected medical emergency, and expects to return to work on or around May 30, 2012.

**IT IS HEREBY STIPULATED AND AGREED** by and among the parties, through their respective counsels of record that Defendants Wells Fargo & Company and Wells Fargo Company Salary Continuation Pay Plan shall have up to and including June 19, 2012 to respond to Plaintiff's complaint.

Dated: May 23, 2012           PATTERSON LAW GROUP

By:    /s/ Allison H. Goddard
       Allison H. Goddard
       Attorneys for Plaintiff VINAY
       KARAMSETTY

Dated: May 23, 2012           SEYFARTH SHAW LLP

By:    /s/ Michelle M. Scannell
       D. Ward Kallstrom
       Michelle M. Scannell
       Attorneys for Defendants
       WELLS FARGO & COMPANY and WELLS
       FARGO COMPANY SALARY
       CONTINUATION PAY PLAN

Dated: May 24, 2012

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA