# SEYFARTH SHAW LLP
ATTORNEYS

560 Mission Street, 31st Floor
San Francisco, California 94105
(415) 397-2823
fax (415) 397-8549
www.seyfarth.com

Writer's direct phone
(415) 732-1131

Writer's e-mail
mscannell@seyfarth.com

July 11, 2012

Honorable Magistrate Judge Joseph C. Spero
USDC - Northern District Court
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 95102

Re:   Karamsetty v. Wells Fargo & Company, et al.
      USDC - Northern District, Case No. 3:12-cv-01364 JCS
      Initial Case Management Conference Scheduled for July 13, 2012

Dear Judge Spero:

We write to inform you that D. Ward Kallstrom, lead trial counsel for Defendants, has fallen ill this week and is unable to attend the Case Management Conference ("CMC") presently scheduled for July 13, 2012. The undersigned is, however, available to attend the CMC on behalf of Defendants, and is authorized to bind the Defendants on all matters, including scheduling of hearing dates, that may arise during the CMC. Defendants respectfully request permission to allow the undersigned to appear at the CMC on behalf of Defendants. In the alternative, Defendants respectfully request a brief 4-week continuance of the CMC. Counsel for Plaintiff consents to a continuance of the CMC and/or the undersigned's appearance at the CMC. Thank you for your consideration in this regard.

Very truly yours,

SEYFARTH SHAW LLP

Michelle M. Scannell

MMS

cc:   Allison Goddard, Esq.
      D. Ward Kallstrom, Esq.

Dated: July 12, 2012


IT IS SO ORDERED
Judge Joseph C. Spero

14658909v.1



LONDON  WASHINGTON, D.C.  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA