UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINAY KARAMSETTY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>　　　　　Defendants. | Case No. 12-cv-01364-JCS<br><br>**ORDER RE SEALING ORDER ON MOTION FOR SUMMARY JUDGMENT** |

The Order Granting Defendants' Motion for Summary Judgment, dated August 7, 2013, has been filed under seal. Dkt. No. 61. The Court intends to publish the entire opinion in the public record within ten (10) days of the date of this Order. The Court will publish the opinion unless the party seeking to redact portions overcomes the "strong presumption in favor of access" to the courts with "compelling reasons supported by specific factual findings." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006) (internal citations and quotations omitted). If any party believes that the Court's opinion contains any confidential information entitled to protection, that party shall file with the Court a declaration establishing such entitlement and any proposed redactions not later than five (5) days from the date of this Order. Objections to proposed redactions, if any, may be filed not later than eight (8) days from the date of this Order.

　　　　IT IS SO ORDERED.

Dated: August 7, 2013

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　United States Magistrate Judge